UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   v.<br><br>JESSE WITTEVEEN,<br><br>                Defendant. | CASE NO. 2:22-cr-00211-LK<br><br>ORDER GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |

      This matter comes before the Court on Defendant Jesse Witteveen's Unopposed Motion to Extend Pretrial Motions Deadline from December 4, 2023 to December 18, 2023. Dkt. No. 180 at 1. The Government does not oppose the motion. *Id.* Trial is currently scheduled for February 5, 2024, Dkt. No. 128 at 2, so the new deadline would require the filing of pretrial motions seven weeks before trial.

      Under Local Criminal Rule 12(c), good cause must be shown to extend the deadline for pretrial motions. Mr. Witteveen requests the extension because "the parties are discussing a potential agreed pretrial resolution of the matter but have not yet reached such a resolution." Dkt.

No. 180 at 1. Because the parties' motion demonstrates good cause, the Court ORDERS that the deadline for pretrial motions is extended to December 18, 2023.

Dated this 4th day of December, 2023.

Lauren King
United States District Judge